# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2006

130299

JOSEPH M. HENDERSON,
      Plaintiff-Appellant,

v

HAMMER BUILDING AND RESTORATION, INC.,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130299
COA: 255187
Saginaw CC: 03-047916-NO

On order of the Court, the application for leave to appeal the December 1, 2005 judgment of the Court of Appeals is considered, and it is DENIED. Plaintiff has failed to allege a viable claim under the "common work area" doctrine, for the reasons stated in footnote one of the Court of Appeals decision.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2006

_____
Clerk

t0419